## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br>**PLAINTIFF(S)**<br><br>**Michael Botsford and Jill Botsford**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE INC.** | **FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiffs, Michael Botsford and Jill Botsford, state and bring this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiffs are filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

### PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Michael Botsford, is a resident and citizen of the State of Wisconsin and claims damages as set forth below.

3. Plaintiff's Spouse, Jill Botsford, is a resident and citizen of the State of Wisconsin, and claims damages as set forth below.

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Western District of Wisconsin.

6. Plaintiff brings this action:

1

  X          On behalf of himself.

## FACTUAL ALLEGATIONS

7. On or about May 20, 2014, Plaintiff underwent a surgery during which Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of his right knee total arthroplasty at Ministry Saint Mary's Hospital in Rhinelander, Wisconsin, by Dr. Kent Lowry.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI").The pathogen identified was Methicillin Resistant Staphylococcus Aureus.

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff underwent a multiple staged revision on or about July 19, 2014 at Ministry Saint Mary's Hospital, 2251 North Shore Drive, Rhinelander, Wisconsin 54501, by Dr. James Dyreby.

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

  X          INJURY TO HIMSELF

_____          INJURY TO THE PERSON REPRESENTED

_____          WRONGFUL DEATH

_____          SURVIVORSHIP ACTION

  X          ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

  X          LOSS OF SERVICES

   __X__                     LOSS OF CONSORTIUM

11.    Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12.    The following claims and allegations are asserted by Plaintiffs and are herein adopted by reference (check all that are applicable):

    __X__        FIRST CAUSE OF ACTION – NEGLIGENCE;

    __X__        SECOND CAUSE OF ACTION – STRICT LIABILITY;

           __X__        FAILURE TO WARN

           __X__        DEFECTIVE DESIGN AND MANUFACTURE

    __X__        THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

    __X__        FOURTH CAUSE OF ACTION – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY LAW OF THE STATE OF WISCONSIN, Wis. Stat. §402.314;

    __X__        FIFTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

    __X__        SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

    __X__        SEVENTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICESACT;

    __X__        EIGHT CAUSE OF ACTION – VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

    __X__        NINTH CAUSE OF ACTION – CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF WISCONSIN, Wis. Stat. §100.18;

    __X__        TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

    __X__        ELEVENTH CAUSE OF ACTION – FRAUDULENT MISREPRESENTATION;

|  |  |
|---|---|
| __X__ | TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT; |
| __X__ | THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and |
| __X__ | FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT. |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fee and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and
8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury as to all claims in Complaint so triable.

Dated: July 12, 2017

                                  Respectfully submitted,

                                  /s/ Jason S. Goldstein
                                  Jason S. Goldstein
                                  Jason.Goldstein@LanierLawFirm.com
                                  THE LANIER LAW FIRM, PLLC
                                  126 East 56th Street
                                  6th Floor
                                  New York, New York 10022
                                  Phone: (212) 421-2800
                                  Fax: (212) 421-2878